# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN MARTINEZ-OCHOA  ,<br>AKA: JUAN MARTINEZ-MARTINEZ<br>　　　　　　　　Defendant. | CASE NO. 12-cr-02321-WQH<br><br>**JUDGMENT OF DISMISSAL** |

FILED
JUL 2 4 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

　　8:1326 - Attempted Entry After Deportation

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/24/12

　　　　　　　　　　　　　　　Karen S. Crawford
　　　　　　　　　　　　　　　U.S. Magistrate Judge